**Opinion filed March 31, 2017**



In The

# Eleventh Court of Appeals

_____

## No. 11-17-00056-CR

_____

## ANGEL MORENO GONZALEZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 220th District Court**
**Comanche County, Texas**
**Trial Court Cause No. 00-01-02203-CCCR**

## M E M O R A N D U M   O P I N I O N

Angel Moreno Gonzalez, Appellant, filed a pro se notice of appeal from the denial of his "Motion Nunc Pro Tunc." Appellant sought to have the trial court enter a judgment nunc pro tunc to correct a clerical error in a judgment that was rendered in March 2000; he claims that the judgment should reflect that he was convicted of the offense of "Assault," not "Sexual Assault." We dismiss the appeal for want of jurisdiction.

When the appeal was filed in this court, we notified Appellant by letter that the order from which he attempted to appeal did not appear to be a final, appealable order. We requested that Appellant respond and show grounds to continue, and we informed him that this appeal may be dismissed. Appellant filed a response in which he states that he timely appealed from the trial court's denial of the motion.

An intermediate appellate court has no jurisdiction over an appeal from an order denying a request for judgment nunc pro tunc because such an order is not an appealable order. *Sims v. State*, No. 05-14-01438-CR, 2014 WL 6453607, at *1 (Tex. App.—Dallas Nov. 18, 2014, no pet.) (mem. op., not designated for publication); *Sanchez v. State*, 112 S.W.3d 311, 312 (Tex. App.—Corpus Christi 2003, no pet.); *Everett v. State*, 82 S.W.3d 735 (Tex. App.—Waco 2002, pet. dism'd). Thus, we have no jurisdiction to entertain this appeal.

We dismiss this appeal for want of jurisdiction.

PER CURIAM

March 31, 2017

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.